NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY N. HILL, | CASE NO.: 2:12-cv-05003 JFW JC |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL** |
| WELLS FARGO HOME MORTGAGE (Does 1-20), | CLOSED |
| Defendants. | |

On July 18, 2012, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiff's Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB ("Wells Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

/ / /

/ / /

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.      Plaintiff's complaint is dismissed with prejudice as to Defendant Wells Fargo;

2.      Plaintiff  shall take nothing from defendant Wells Fargo; and

3.      Defendant Wells Fargo shall recover from Plaintiff its costs of suit in the sum of $_____.


**IT IS SO ORDERED:**



Dated:  <u>August 8, 2012</u>            _____

THE HON.  JOHN F.  WALTER
UNITED STATES DISTRICT JUDGE